IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**ALISON WILLIAMS,**                                                    **PLAINTIFF,**

**VS.**                                      **CIVIL ACTION NO. 2:10CV110-P-V**

**DESOTO COUNTY, MISSISSIPPI and
SHERIFF BILL RASCO, Individually and
in His Official Capacity as Sheriff of DeSoto
County,**                                             **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The defendants' motion for summary judgment [docket number 43] is **GRANTED**; thus,

(2) All of the plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 25th day of August, A.D., 2011.

                                                /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE